| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | GEORGE L. BEVAN, JR. (CSBN 65207)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: 510-637-3689 |
| 7 | |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-06-70239-WDB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO<br>CONTINUE NEXT APPEARANCE<br>DATE AND WAIVER OF TIME |
| SCOTT BURGHARDT, | ) | |
| Defendant. | ) | |

The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to continue the defendant's next appearance from **May 12, 2006**, to **Tuesday, May 16, 2006, at 10:00 a.m.**

The defendant further stipulates to extend the time for indictment or preliminary hearing to the date of the next court appearance.

Dated: 5/11/06

GEORGE L. BEVAN JR.
United States Attorney

1
2
3  Dated: 11 May 2006          LAUREL HEADLEY, ESQ.
4                              Attorney for Defendant Scott Burghardt
5
6
7
8
9
10  IT IS SO ORDERED.
11
12  Dated: 5/12/06
13                              WAYNE D. BRAZIL
14                              United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE                 2
NEXT APPEARANCE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Wayne D. Brazil signature]*

Dated: _____

LAUREL HEADLEY, ESQ.
Attorney for Defendant Scott Burghardt

IT IS SO ORDERED.

Dated: _____

WAYNE D. BRAZIL
United States District Judge

STIPULATION TO CONTINUE
NEXT APPEARANCE                                 2