Laurel Headley (CASBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510.845.3000
Facsimile: 510.845.3003

Attorneys for
SCOTT BURGHARDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA, | CASE NUMBER: CR 06-00356-1 DLJ |
|---|---|
| Plaintiff, | ORDER PERMITTING DEFENDANT SCOTT BURGHARDT'S PRE-TRIAL TRAVEL RESTRICTIONS BE EXTENDED TO INCLUDE THE CENTRAL DISTRICT OF CALIFORNIA |
| vs. | |
| SCOTT BURGHARDT, | |
| Defendant. | |

GOOD CAUSE APPEARING, in that it is the stipulation of the parties,

IT IS HEREBY ORDERED that Defendant SCOTT BURGHARDT's pre-trial travel restrictions may be extended to permit his travel to the Central District of California.

IT IS FURTHER ORDERED that all previously ordered conditions of pre-trial release remain in effect.

DATED: October  19 , 2006

*[Signature: Wayne D. Brazil — IT IS SO ORDERED seal]*

_____
THE WAYNE D. BRAZIL
U.S. DISTRICT COURT MAGISTRATE/JUDGE

ORDER RE EXTENDING DEFENDANT BURGHARDT'S PRE-TRIAL TRAVEL RESTRICTIONS TO PERMIT TRAVEL TO CENTRAL DISTRICT OF CALIFORNIA      1