1   urel Headley (CASBN 152306)
    ARGUEDAS, CASSMAN & HEADLEY
2   803 Hearst Avenue
    Berkeley, CA 94710
3   Telephone: 510.845.3000
    Facsimile: 510.845.3003
4
    Attorneys for
5   SCOTT BURGHARDT

6

7

**FILED**

FEB 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND VENUE

11  UNITED STATES OF AMERICA,           CASE NUMBER: CR 06-00356-1 DLJ

12              Plaintiff,              [~~PROPOSED~~] ORDER PERMITTING
                                        DEFENDANT SCOTT BURGHARDT TO
13                                      TRAVEL TO AND FROM RENO, NEVADA
                                        BETWEEN MARCH 2 AND MARCH 4,
14                                      2007
    vs.
15
    SCOTT BURGHARDT,
16
                Defendant.
17  _____/

18        GOOD CAUSE APPEARING, in that it is agreed to by the parties,

19        IT IS HEREBY ORDERED that Defendant SCOTT BURGHARDT may travel to and

20  from Reno, Nevada between March 2, 2007 and March 4, 2007 in order to participate in a job

21  interview with the U.S. Forest Service.

22  DATED: February 27, 2007        _____

23                                  D. Lowell Jensen
                                    U.S. DISTRICT COURT JUDGE
24

25

26

27

28  ORDER PERMITTING DEFENDANT BURGHARDT TO TRAVEL TO AND FROM RENO, NEVADA